# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TERRA INVESTMENTS I, LLC., dba Charter Inn Suites,<br><br>　　　　　Defendant. | Case No.: 1:16-cv-1530-DAD- JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 9) |

　　　On November 2, 2016, the plaintiff notified the Court that the parties have settled the action. (Doc. 9)  Thus, the Court **ORDERS**:

　　　1.　　The stipulation to dismiss the action **SHALL** be filed no later than **November 25, 2016**;

　　　2.　　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　Dated:　**November 3, 2016**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE