UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TERRA INVESTMENTS I, LLC d/b/a<br>CHARTER INN SUITES,<br><br>　　　　　　Defendant. | No. 1:16-cv-01530-DAD-JLT<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 11) |

　　　　On November 11, 2016, plaintiff filed a notice of voluntary dismissal with prejudice of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and with each party to bear its own costs and attorneys' fees. (Doc. No. 11.)  Defendant has not filed a responsive pleading in this action.  In light of this, this action has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

　Dated:　**November 14, 2016**　　　　　　　　　　　_Dale A. Drozd_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1